**RECEIVED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

NOV 27 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Brandon Price,
Plaintiff,

v.   Case No. 2:24 cv 2136 MSN/AR

Memphis Police dept. et AL
Defendant.

Proof of Service on defendant City of Memphis

See Attach ~~proof~~ document.

11/27/24

This will confirm receipt of Summons & Plaintiff's Amended Complaint in Brandon Price vs City of Memphis, 2:24 cv 2136 MSN AR

Wednesday, 11/27/24 at 12:51 P.M.

*[signature]*
Sr. Ass't City Attorney

Defendant refuse ~~to give proof~~ Proof of Service. —Brandon Price

*[signature]*

11/27/24



City of Memphis
TENNESSEE

Room 336
125 North Main Street
Memphis, TN 38103-2079
(901) 636-6514
FAX (901) 636-6524

PRINCE C. CHAMBLISS, JR.
Senior Assistant City Attorney
Law Division
Prince.Chambliss@memphistn.gov