# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **BRANDON PRICE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 2:24-cv-2136-MSN-atc |
| ) | |
| **CITY OF MEMPHIS,** ) | |
| **MEMPHIS POLICE DEPARTMENT,** ) | |
| **POLICE OFFICERS, C.J. DAVIS,** ) | |
| **and JOHN DOES 1-7,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER TO CONSULT AND FILE CERTIFICATE

Before the Court by order of reference[1] is Plaintiff Brandon Price's Motion for Continuance, filed on January 13, 2025. (ECF No. 20.) The Motion does not contain a certificate of consultation as required by Local Rule 7.2(a)(1)(B). Price is ORDERED to consult with counsel for Defendant City of Memphis as to whether the Motion is unopposed or opposed. After consulting with counsel for the City of Memphis, Price must file on the docket a certificate of consultation stating the City of Memphis's position by January 24, 2025.

SO ORDERED this 17th day of January, 2025.

s/Annie T. Christoff<br>
ANNIE T. CHRISTOFF<br>
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.