# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

Brandon Price

**Plaintiff**,

v.

City of Memphis et al

**Defendant**

Case No. 2:24-cv-02136-MSN-atc

### DEFAULT JUDGMENT DENIED

Upon the request to the Court for Default Judgment filed by the Plaintiff on April 8, 2025 DEFAULT JUDGMENT IS HEREBY DENIED against Defendant City of Memphis as there has been no request for entry of default.

For good cause shown, the court may set aside this denial of default judgment, pursuant to rule 55(c).

Entered this 17th day of April, 2025.

WENDY R. OLIVER
Clerk of Court

By: s/ Malinda Futrell
Deputy Clerk